IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JOHN F. DOCHERTY | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-226 NEB/TNL |
| | ) | Date: | March 13, 2023 |
| Kadra Abdi (9), | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6A |
| Defendant, | ) | Time Commenced: | 2:11 p.m. |
| | ) | Time Concluded: | 2:22 p.m. |
| | ) | Time in Court: | 11 minutes |

APPEARANCES:

Plaintiff:  Matthew Ebert, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
           X FPD        X To be appointed

Interpreter/ Language:  Ayderus Ali/Somali

Date Charges Filed: 3/7/2023        Offense: Wire fraud; federal programs bribery

X Advised of Rights

on    X Superseding Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release**

Next appearance date is March 17, 2023 at 3:00 p.m. before U.S. Magistrate Judge John F. Docherty in CR 6A STP for:
X Arraignment hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.
Consular read given

                                                s/ALN
                                  Signature of Courtroom Deputy