# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>HAJI OSMAN SALAD (1),<br><br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | 22-cr-226 (1) NEB/TNL |
| Date: | March 24, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Court Reporter: | Audio Recording |
| Time Commenced: | 10:06 AM |
| Time Concluded: | 10:17 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 11 Minutes |

APPEARANCES:

    Plaintiff:      Matthew S. Ebert, Assistant U.S. Attorney
    Defendant:   Paul Applebaum, ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

Interpreter / Language: /

    ☒ Reading of Superseding Indictment Waived
    ☐ Indictment Read into Record
    ☒ Not Guilty Plea Entered

Other Remarks:

The Court had a discussion with the parties regarding scheduling of case-related deadlines moving forward in light of the complexities of this case. The parties can expect an order from the Court setting forth pretrial deadlines in this matter after discussions with the remaining parties in this case are complete.

The Government was reminded that, to the extent there are additional disclosures required by Federal Rule of Criminal Procedure 16(a) that need to be made in connection with the Superseding Indictment, the Government shall immediately begin to make such disclosures.

☒ Counsel to be notified of additional dates by separate Order to be issued.

                                                                                                         s/ *Emily*
                                                                                                          Law Clerk