# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>HAJI OSMAN SALAD,<br><br>                    Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:             22-cr-226 (1) (NEB/DTS)<br>Date:                September 19, 2024<br>Court Reporter:      Renee Rogge<br>Courthouse:          Minneapolis<br>Courtroom:           13W<br>Time Commenced:      3:10 p.m.<br>Time Concluded:      4:00 p.m.<br>Time in Court:       50 minutes |
|---|---|

APPEARANCES:
  Plaintiff:     Matthew Ebert, Assistant U.S. Attorney
  Defendant:     Paul Applebaum, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty as to Count 14 of the Superseding Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is released on bond conditions.


Date: September 19, 2024                                s/Kristine Wegner
                                                        Courtroom Deputy to Judge Nancy E. Brasel